UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTWAN MARQUIS MANNING #19023-075, | ) ) ) |
| Movant, | ) ) ) |
| v. | ) No. 3:11-cv-01014 ) Senior Judge Nixon |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## ORDER

Antwan Marquis Manning, has filed a *pro se* motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct an allegedly illegal sentence imposed by this court on November 9, 2010. (Docket No. 1). The movant is presently incarcerated at the Federal Correctional Institute in Manchester, Kentucky.[1] He is currently serving a sentence of 120 months imprisonment for being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924. *See United States v. Manning*, No. 3:08-cr-00247-1 (M.D. Tenn. 2010)(Nixon, J.).

In accordance with the Memorandum entered contemporaneously herewith, the motion filed by Manning pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct sentence (Docket No. 1) is hereby **DENIED**. This action, therefore, is hereby **DISMISSED WITH PREJUDICE**. Rule 8(a), Rules – § 2255 Cases. A certificate of appealability will not issue as to the claim of ineffective assistance of counsel set forth in Manning's motion. Rule 11(a), Rules Gov'g § 2255

---

[1] According to the Federal Bureau of Prison's inmate locator service, Manning was transferred from the United States Penitentiary in Terre Haute, Indiana, to the Federal Correctional Institute in Manchester, Kentucky, at some time after he initiated this action. *See www.bop.gov/inmateloc.* Manning's new address is FCI-Manchester, 805 Fox Hollow Road, Manchester, Kentucky 40962.

1

Motions.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
John T. Nixon
Senior United States District Judge